**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| Jeffrey V. Mattox, | |
| *Plaintiff,* | Case No. 1:20-cv-753 |
| v. | Judge Matthew W. McFarland |
| Neyra Motor Cars, LLC, | |
| *Defendant.* | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff

Jeffrey Mattox and Defendant Neyra Motor Cars, LLC hereby stipulate to the dismissal

of this action with prejudice.

Respectfully Submitted,

| **FLAGEL & PAPAKIRK, LLC** | **KOHNEN & PATTON LLP** |
|---|---|
| */s/ James Papakirk* | */s/ Colleen M. Blandford* |
| James Papakirk (0063862) | *(per email authorization 4/21/21)* |
| Hallie S. Borellis (0076510) | Colleen M. Blandford (0061877) |
| 50 E Business Way, Suite 410 | Melissa A. Springer (0097978) |
| Cincinnati, Ohio 45241 | PNC Center, Suite 800 |
| (513) 984-8111 / FAX: (513) 984-8118 | 201 East Fifth Street |
| Email: jpapakirk@fp-legal.com | Cincinnati, OH 45202 |
| Email: hborellis@fp-legal.com | cblandford@kplaw.com |
| *Counsel for Plaintiff Jeffrey Mattox* | mspringer@kplaw.com |
| | *Attorneys for Defendant* |